**Emmett W. CALDWELL,
Plaintiff–Appellant,**

v.

**TOWN OF CARY POLICE DEPART-
MENT; Randall Swallow, Cary Police
Officer; Steven Wilkins, Cary Police
Officer; Jerry McCormick, Cary Po-
lice Officer; Town of Cary; Gregory
Ramage, Defendants–Appellees.**

**Emmett W. Caldwell, Plaintiff–
Appellant,**

v.

**S.D. Wilkins, Cary Police Officer; Offi-
cer Sparrow, Cary Police Officer;
Town of Cary, Defendants–Appellees.**

Nos. 02–1871, 02–7066.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Dec. 11, 2002.

Emmett W. Caldwell, Appellant Pro Se. Jeffrey Allen Doyle, Jennifer Susan Jerzak, Hedrick, Eatman, Gardner & Kincheloe, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Emmett W. Caldwell appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaints. We have reviewed the records and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Caldwell v. Town of Cary Police Dep't*, No. CA–02–178–7–BR (E.D.N.C. July 11, 2002); *Caldwell v. Wilkins*, No. CA–01–274–5–BR (E.D.N.C. filed May 10, 2002 & entered May 13, 2002; filed July 10, 2002 & entered July 17, 2002). Caldwell's request for additional time to file a supplemental informal brief is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*